# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-3094
LT Case No. 2022-30072-CICI

_____

JOYCE BAKER,

    Appellant,

    v.

TERRAMAQ CORPORATION, MAX
YOKELL, CAROL YOKELL, AND
GNG INFINITE SOLUTIONS, LLC,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Dennis Craig, Judge.

David W. Glasser, Daytona Beach, for Appellant.

Isaac Manzo, Farhaad Naghoon, and J.D. Manzo, of
Manzo & Associates, P.A., Orlando, for Appellee,
Terramaq Corporation.

No Appearance for Remaining Appellees.

January 16, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____